United States v. Jones

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of October, two thousand sixteen.

Before:     John M. Walker, Jr.,
            Guido Calabresi,
            Peter W. Hall,
                 *Circuit Judges*.

_____

United States of America,

            Appellee,                           **ORDER**

v.                                              Docket No. 15-1518

Corey Jones,

            Defendant - Appellant.

_____

It is hereby ORDERED that, pending the Supreme Court's disposition in *Beckles v. United States*, No. 15-8544, this Court's opinion, issued on July 21, 2016, is VACATED and Appellee's petition for rehearing and for rehearing en banc is held in abeyance. Following the disposition in *Beckles*, Appellee will be permitted to re-file the petition for rehearing, which may include arguments based on the decision in *Beckles*, and Appellant will be permitted to file a response.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court